IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Devaughn S. Williams, 293213 | ) | C.A. No. 4:07-3225-PMD-TER |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| Barry L. Galloway, Sgt., SCDC; | ) | |
| Ronnie A. Young, Jr., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This matter is before the court upon the magistrate judge's recommendation that the complaint in this case be dismissed for lack of prosecution. Because plaintiff is proceeding pro se, this matter was referred to the magistrate judge.[1]

The magistrate judge's report and recommendation filed on May 19, 2008, recommended dismissal of plaintiff's Complaint for failure to prosecute pursuant to Fed.R.Civ.Proc. 41(b), as plaintiff had failed to file a response to pending motions to dismiss. Objections to the Report and Recommendation were due by June 6, 2008.

On June 4, 2008, plaintiff filed a Motion for Extension of Time to respond to the pending motions to dismiss, and on June 11, 2008, this court granted plaintiff's motion giving plaintiff until July 7, 2008 to filed his response to said motions. On June 25, 2008, plaintiff filed his responses to the pending motions to dismiss. Now therefore,

---

[1] Pursuant to the provisions of Title 28 United States Code, § 636(b)(1)(B), and Local Rule 73.02(B), D.S.C., the magistrate judge is authorized to review all pretrial matters and submit findings and recommendations to this Court.

**IT IS HEREWITH ORDERED** that the Report and Recommendation filed on May 19, 2008 [Doc. #56] is hereby vacated, and this case is referred to the magistrate judge for further handling.

**AND IT IS SO ORDERED.**

_____
PATRICK MICHAEL DUFFY
United States District Judge

July 11, 2008
Charleston, South Carolina